RACEPOINT PARTNERS, LLC, et al., Appellants, v JPMORGAN CHASE BANK, N.A., Respondent.

Submitted December 7, 2009; decided December 15, 2009

Reported below, 57 AD3d 378.

Motion by American Bankers Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of REGAL ENTERTAINMENT GROUP, Respondent, v NEW YORK STATE DIVISION OF HUMAN RIGHTS, Respondent, and DOUDOU B. JANNEH, Appellant. (And Another Related Proceeding.)

Submitted October 26, 2009; decided December 15, 2009

Reported below, 61 AD3d 1102.

Motion for leave to appeal dismissed upon the ground that appellant has failed to demonstrate timeliness as required by Rules of the Court of Appeals (22 NYCRR) § 500.22 (b) (2). Motion for poor person relief dismissed as academic.

SEVENSON ENVIRONMENTAL SERVICES, INC., et al., Respondents, v SIRIUS AMERICA INSURANCE COMPANY, Also Known as SIRIUS INSURANCE COMPANY, Respondent, and THOMAS JOHNSON, INC., Appellant.

Submitted October 19, 2009; decided December 15, 2009

Reported below, 64 AD3d 1234.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.